

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00540-CR

Leroy **HARRIS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0834-CR-C
Honorable William Old, Judge Presiding

# O R D E R

The trial court's certifications in these companion appeals state: "[T]his criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's records contain written plea bargains, and the punishments assessed did not exceed the punishments recommended by the prosecutors and agreed to by the defendant; therefore, the trial court's certifications accurately reflect that these criminal cases are plea-bargain cases. *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) of the Texas Rules of Appellate Procedure provides: "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that these appeals will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes amended trial court certifications to be filed within ten (10) days of the date of this order showing appellant has the right of appeal in each case. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court